UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| CAPRI DISTRO LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant | : | Court No. 1:22-cv-00298 |

**ORDER**

Upon consideration of Plaintiff's consent motion to remain on the Customs Case Management Calendar, it is hereby

**ORDERED** that Plaintiff's consent motion is granted; and it is further

**ORDERED** that Case Number 1:22-cv-00298 is to remain on the Customs Case Management Calendar for the following two (2) years, or until October 9, 2026.

______________________________

Judge

Dated: This ____ day of ____________, 2024

New York, New York

Pursuant to Rule 82(b), the above motion is Granted.

Dated: 10/9/2024

Clerk of the Court
By: /s/ Giselle Almonte
Deputy Clerk